IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CALVIN D. STANLEY                                                                                          PLAINTIFF

vs.                                              Civil No. 1:12-cv-1119

SHERIFF MIKE MCGOUGH;
ADMINISTRATOR GREER; and
JUDGE GEORGE VANHOOK                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 8, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge